```
            UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA        :  Crim. No. 4:11-CR-00305-CCC
                                :
         v.                     :  (Judge Conner)
                                :
R.S. DUFFY, INC.                :  **ELECTRONICALLY FILED**

## PRAECIPE FOR SUMMONS

**TO:  MARY E. D'ANDREA, CLERK**

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the United States mail at the following address: Joseph P. Grimes, Esquire, 1230 Brace Road, Cherry Hill, NJ 08034-3211.

                            Respectfully submitted,

                            PETER J. SMITH
                            United States Attorney


                            By s/George J. Rocktashel
                            GEORGE J. ROCKTASHEL
                            Assistant United States Attorney
                            PA ID 44922
                            Herman T. Schneebeli Federal Bldg.
                            240 West Third Street, Suite 316
                            Williamsport, PA 17701-6465
                            Tele:  (570) 326-1935
                            FAX:   (570) 326-7916
                            Electronic Mail:
                            George.Rocktashel@usdoj.gov

Dated: November 1, 2011