```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :  Crim. No. 4:11-CR-00305-CCC
                              :
         v.                   :  (Judge Conner)
                              :
NATIONAL A-1 ADVERTISING, INC.:  ELECTRONICALLY FILED
```

## PRAECIPE FOR SUMMONS

**TO:   MARY E. D'ANDREA, CLERK**

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.  Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the United States mail at the following address: Andrew L. Miller, Esquire, 15 St. Asaph's Road, Bala Cynwyd, PA 19004-2405.

                              Respectfully submitted,

                              PETER J. SMITH
                              United States Attorney


                              By s/George J. Rocktashel
                              GEORGE J. ROCKTASHEL
                              Assistant United States Attorney
                              PA ID 44922
                              Herman T. Schneebeli Federal Bldg.
                              240 West Third Street, Suite 316
                              Williamsport, PA 17701-6465
                              Tele:  (570) 326-1935
                              FAX:   (570) 326-7916
                              Electronic Mail:
                              George.Rocktashel@usdoj.gov

Dated: November 1, 2011